PROPERTY GROUP, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TOLLAND

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 18 (AC 10367), is granted, limited to the following question:

"Under the facts of this case, did the Appellate Court properly conclude that the planning and zoning commission did not have the authority to condition its approval of the plaintiff's subdivision application on the plaintiff's widening of a public highway abutting the proposed subdivision?"

The Supreme Court docket number is SC 14630.

*Richard S. Conti,* in support of the petition.

*Edward S. Hyman,* in opposition.

Decided October 30, 1992

E. DON SMITH ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 28 (AC 10431), is granted, limited to the following question:

"In acting on a subdivision proposal that conforms to applicable zoning regulations, may a planning and zoning commission take into account the fact that the property is located in a historic district and that the development of the property may be inconsistent with historic preservation of the district?"

The Supreme Court docket number is SC 14632.

*James W. Macauley,* assistant town attorney, in support of the petition.

*E. Don Smith,* pro se, and *Eileen Smith,* pro se, in opposition.

Decided October 30, 1992